IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH EDWARD BARBOUR,                )
                                        )
     Plaintiff,                         )
                                        )
v.                                      )   CASE NO. CV410-044
                                        )
MS. STAUGHBURY, GENE M. JOHNSON,        )
and BRYAN WATSON, individually          )
and in their official                   )
capacities,                             )
                                        )
     Defendants.                        )
                                        )

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, this case is **TRANSFERRED** to the **Big Stone Gap Division of the Western District of Virginia** for all further proceedings. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 2nd day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA